UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   01 Civ. 7291 (NGG)(MDG)

                Plaintiff,   **JUDGMENT**

- against -

OLINDO TESTA,

                Defendant.
------------------------------------------------------------X

An Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been executed on June 9, 2004; with no objections having been filed; adopting the May 13, 2004, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Olindo Testa in the amount of $6,239.50, comprised of $5,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,239.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the May 13, 2004, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Olindo Testa in the amount of $6,239.50, comprised of $5,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,239.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 27, 2005

                                          /signed/
                                **Robert C. Heinemann**
                                **Clerk of the Court**